| Attorney or Party without Attorney: <br> PAUL A. LEVIN ESQ., Bar #229077 <br> MORTGAGE RECOVERY LAW GROUP LLP <br> 700 NORTH BRAND BLVD., SUITE 830 <br> GLENDALE, CA  91203 <br> Telephone No: 818 630-7900    FAX No: 818-630-7920 <br> dana.clausen@mortgagerecoveries.com <br> Attorney for: Plaintiff | | For Court Use Only |
|---|---|---|
| | Ref. No. or File No.: | |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Central District Of California

Plaintiff: FEDERAL DEPOSIT INSURANCE CORPORATION AS RECEIVER FOR INDYMAC
Defendant: Loanleaders Of America, Inc. F/K/A The Loanleaders Of America, Inc., A California Cor

| **PROOF OF SERVICE** <br> **SUMMONS IN A CIVIL CASE** | Hearing Date: | Time: | Dept/Div: | Case Number: <br> SACV1400957CJC(RNBX) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS IN A CIVIL ACTION; COMPLAINT FOR BREACH OF CONTRACT; CIVIL COVER SHEET; NOTICE OF INTERESTED PARTIES; NOTICE OF ASSIGNMENT TO UNITED STATES JUDGES; NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM

3. a. Party served: LOANLEADERS OF AMERICA, INC. F/K/A THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION
   b. Person served: "CORPORATION SERVICE COMPANY WHICH WILL DO BUSINESS IN CALIFORNIA AS CSC LAWYERS INCORPORATING SERVICE" BY DELIVERY TO BECKY DEGEORGE, AUTHORIZED PERSON TO ACCEPT SERVICE OF PROCESS

4. Address where the party was served: CSC-LAWYERS INCORPORATING SERVICE
   2710 GATEWAY OAKS DRIVE
   SUITE 150N
   SACRAMENTO, CA  95833

5. I served the party:
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive process for the party (1) on: Thu., Jun. 26, 2014 (2) at: 9:07AM

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of:  LOANLEADERS OF AMERICA, INC. F/K/A THE LOANLEADERS OF AMERICA, INC., A CALIFORNIA CORPORATION
   Under CCP 416.10 (corporation)

7. *Person Who Served Papers:*
   a. MIKE  HYLAN

   

   Registration # 7096

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
   d. *The Fee for Service was:*    $72.50
   e. I am: (3) registered California process server
       (i)   Independent Contractor
       (ii)  *Registration No.:*    2002-003
       (iii) *County:*              NEVADA

8. I declare under penalty of perjury under the laws of the State of California and under the laws of the United States Of America that the foregoing is true and correct.
   Date: Fri, Jun. 27, 2014

                                                                                                    (MIKE  HYLAN)

Judicial Council Form POS-010                      PROOF OF SERVICE
Rule 2.150.(a)&(b) Rev January 1, 2007         SUMMONS IN A CIVIL CASE                             6002.160115